PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF TEXAS
Lufkin DIVISION

Willie Brandon Tieuel II so# 65360
Plaintiff's Name and ID Number

Angelina County Jail
Place of Confinement

CASE NO. 9:25cv170 Crone/Stetson
(Clerk will assign the number)

v.

David Thomas - Lufkin Police dept.
Defendant's Name and Address

Officer Yeley - Lufkin Police dept.
Defendant's Name and Address

Richard Shelton - Lufkin, TX ex Pd
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit:_____
      2. Parties to previous lawsuit:
         Plaintiff(s)_____
         Defendant(s)_____
      3. Court: (If federal, name the district; if state, name the county.)_____
      4. Cause number:_____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Angelina County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ___YES  ✓NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Willie Brandon Tiewel #
414 Arizona ave. Lufkin, TX 75904

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: David Thomas - Chief of Police Lufkin Police Department Lufkin, TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
allowed conspiracy, unlawful detainment/arrest, bogus charges, abuse of Power

Defendant #2: Officer Yeley - Police officer Lufkin Police Dept. Lufkin, TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
illegal search/seizure/detainment/arrest, conspiracy, false police report, abuse of Power

Defendant #3: Richard Shelton - Former Detective Lufkin P.D. Lufkin, TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Threats, harassment, conspiracy, abuse of power

Defendant #4:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Defendants to be prosecuted for their crimes against me, and compensatory damages of $750 per day for every day I am incarcerated for lost wages and emotional distress.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Willie Brandon Tieuel II "Will"

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
1790293   206156l

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?       ___YES ___NO

4

Pg. 4        Statement of Claim

1. Richard Shelton's daughter, Brie Adams wrote me a check for $200 in early March. Unknown to me, she had stolen the check from her mother who is married to Mr. Shelton. When Mr. Shelton received a copy of the cash check from his bank, he used his detective skills and connections to search my name and discover my mother's home address, my license plate number, and my company vehicle make and model. He went to my mother's home uninvited on the morning of April 11, 2025, demanded information about the stolen check and my whereabouts. He threatened my mother and I with legal action and told us both that he was an ex-detective, and had "friends still on the force". I was not at my mother's home, so he left her his number, and told her if I did not contact him ASAP then he would "take further action". I contacted him the next evening, told him I had no idea the check was stolen or his daughter's current whereabouts. He did not believe me, so he told me that he knew my name, license plate number, what kind of vehicle I drove, and that he "could make my life very difficult". He continued to harass my mother with threats, calls, and unwanted visits for about a week.

2. April 26, 2025 around 3pm I was at Morris Frank Baseball Park watching little league games. Between games I walked to the parking lot to sit in my van, and smoke my nicotine vape. I noticed Mr. Shelton's blue mustang, but it did not register to me that it belonged to him till after the fact. After about 20-30 minutes I decided to leave the park. As I began to drive away, officer Yeley pulled into the park, got behind me, and pulled me over. His reason for the stop was an "anonymous tip" that a man was passed out in his van. Even though this was obviously not the case since I was driving, he made me exit the vehicle anyway, and he already knew my name. His police report stated that he ran my plate

## Statement of Claim Contd.

and that's how he knew my name, and how I had a parole warrant. That is lie #1 because my vehicle was registered in my company name. The Police report also states that when he arrived to the scene, I was in fact asleep in my Van, which is impossible because the stop was made from behind as I was driving away; lie #2. I believe that he conspired with Mr. Shelton for my unlawful detainment/arrest. That is how he knew my identity prior to the stop. An "anonymous tip" that a man was asleep in a van at a public park during park hours is not reporting any activity that could be deemed "criminal". He had no reason to stop me. I was detained, placed into the police car, my vehicle was searched/ inventoried without me being present, and I was charged with bogus possession charges.

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: _____
             DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __1st__ day of __June__, 20__25__.
            (Day)              (month)         (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5