| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

WILLIE BRANDON TIEUEL, II §
§
   Plaintiff, §
§
*versus*               §   CIVIL ACTION NO. 9:25-CV-170
§
DAVID THOMAS, *et al.*, §
§
   Defendants. §

## MEMORANDUM OPINION AND ORDER

Plaintiff Willie Brandon Tieuel, II, an inmate at the Angelina County Jail, proceeding *pro se*, brought the above-styled lawsuit. The lawsuit was dismissed for want of prosecution on October 1, 2025. Plaintiff filed two motions to reopen the case (#s 10 and 11).

### Analysis

Plaintiff requests relief from the judgment, asserting that he had been released and did not receive the orders from the court. Plaintiff, however, is back in custody according to the address provided with his motions.

Rule 60(b), FED. R. CIV. P., provides in pertinent part:

> On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud …, misrepresentation, or misconduct by an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason that justifies relief.

A review of the docket reveals plaintiff failed to update the court with any of his address changes. Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants such as plaintiff to provide the court with a physical address and keep the clerk advised in writing of a current address. Further, the dismissal was without prejudice to plaintiff's ability to refile his lawsuit. Thus, plaintiff's motions fail to set forth a meritorious ground warranting relief from the judgment. Accordingly, plaintiff's motions for relief should be denied.

**ORDER**

For the reasons set forth above, plaintiff's motions for relief from judgment lack merit and should be denied.  It is

**ORDERED** that plaintiff's motions for relief from judgment (#s 10 and 11) are **DENIED**.

SIGNED at Beaumont, Texas, this 1st day of June, 2026.

_Marcia A. Crone_

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE